# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RUDOLPH BETANCOURT,

    Plaintiff,

v.                                                                                                      Case No:   6:23-cv-219-RBD-DCI

TJ HOTELS, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on May 10, 2023 (Doc. 15), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 15, 2023.

ROY B. DALTON JR.
United States District Judge